UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BRAYDEN SESSIONS,

    Plaintiff,

v.

COMENITY BANK, et al.,

    Defendants.

No. 1:25-CV-231-H

FILED - USDC - NDTX - SA
APR 15 '26 AM8:13

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice as to defendant Equifax Information Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 37. The joint stipulation is approved. The plaintiff's claims against Equifax Information Services, LLC are dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

So ordered on April 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE