UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BRAYDEN SESSIONS,

    Plaintiff,

v.                                                              No. 1:25-CV-231-H

COMENITY BANK, et al.,

    Defendants.

## ORDER

Before the Court is Experian Information Solutions, Inc.'s unopposed motion to withdraw the appearance of Camden Leigh Douglas as counsel for Experian in this action. Dkt. No. 40.  The motion is granted.  Ms. Douglas is relieved of her obligations and duties to the Court as counsel in this case.  Experian will continue to be represented by Delaney Rachel Davis of the law firm Jones Day.

So ordered on June 16, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE