UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

BRAYDEN SESSIONS,

    Plaintiff,

v.

COMENITY BANK, et al.,

    Defendants.

No. 1:25-CV-231-H

## ORDER

Before the Court is Experian Information Solutions, Inc.'s unopposed motion to withdraw the appearance of Delaney R. Davis as counsel for Experian in this action. Dkt. No. 44. The motion is granted. Ms. Davis is relieved of her obligations and duties to the Court as counsel in this case. Experian will continue to be represented by Brian A. Farlow of the law firm Fulton Jeang PLLC.

So ordered on June 22, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE